STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2000

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00147 |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. §§ 846, 841(a)(1); 18 U.S.C. § 2] |
| LARRY RUTKOWSKI, (01), ) aka "Shine," ) KA'AINOA RAVEY, (02), ) BRANDON HILTON, (03), ) MICHAEL IOANE, (04), ) Defendants. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but from at least January, 2000, to on or about March 30, 2000, within the District of Hawaii and elsewhere,

LARRY RUTKOWSKI, aka "Shine,"

KA'AINOA RAVEY,

BRANDON HILTON, and

MICHAEL IOANE,

defendants herein, did conspire, with each other and others unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute in excess of 50 grams, to wit, approximately five (5) pounds of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the following overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy:

1) On or about the first week of March, 2000, LARRY RUTKOWSKI, aka "Shine," approached KA'AINOA RAVEY and recruited RAVEY to transport methamphetamine from Los Angeles, California to Honolulu, Hawaii.

2) On or about March 24, 2000, KA'AINOA RAVEY approached BRANDON HILTON and MICHAEL IOANE and recruited them to assist RAVEY in transporting methamphetamine from Los Angeles, California to Honolulu, Hawaii.

3) On or about the third week of March, 2000, LARRY RUTKOWSKI placed a telephone call from Los Angeles, California to

KA'AINOA RAVEY in Honolulu, Hawaii informing RAVEY that he had secured the drugs and that the quality was "good."

4) On or about March 28, 2000, KA'AINOA RAVEY, BRANDON HILTON, and MICHAEL IOANE flew from Honolulu, Hawaii to Los Angeles, California.

5) On or about March 28, 2000, LARRY RUTKOWSKI drove RAVEY, HILTON, and IOANE to a hotel in Los Angeles, California where LARRY RUTKOWSKI gave them a duffel bag containing approximately five (5) pounds of methamphetamine.

6) On or about March 28, 2000, KA'AINOA RAVEY, BRANDON HILTON, and MICHAEL IOANE "repackaged" the methamphetamine into smaller bags as well as attempted to "mask" the smell of the methamphetamine prior to transporting the drugs to Hawaii. The methamphetamine was placed inside the luggage of BRANDON HILTON.

7) On or about March 30, 2000, KA'AINOA RAVEY, BRANDON HILTON, and MICHAEL IOANE flew from Los Angeles, California to Honolulu, Hawaii.

All in violation of Title 21, United States Code, Section 846.

COUNT 2

The Grand Jury further charges that:

On or about March 28, 2000, to and including March 30, 2000, in the District of Hawaii and elsewhere, LARRY RUTKOWSKI, KA'AINOA RAVEY, BRANDON HILTON, and MICHAEL IOANE, did knowingly and intentionally possess with intent to distribute in excess of 50 grams, to wit, approximately five (5) pounds of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: April 13, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney

United States v. Larry Rutkowski, et al.
"Indictment"
Cr. No. _____

4