FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 02 2006

at ___ o'clock and 46 min ___ a.w
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>KA'AINOA RAVEY )<br>) | CRIMINAL NO. CR 00-00147DAE-02 |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Guaymas, Mexico, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about March 1, 2006 through on or about April 30, 2006.

Dated: 3/1/2006 at Honolulu, Hawaii.

DAVID ALAN EZRA
U.S. District Judge