Prob 35
(1/92)

ORIGINAL

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 6 2007

at 2 o'clock and 10 min P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                          Criminal No. CR 00-00147DAE-02

KA'AINOA RAVEY

On 2/20/2004, the above named was placed on supervised release for a period of 5 years years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served 40 months of supervision.

Respectfully submitted,

_Frank M. Condello II_

FRANK M. CONDELLO, II
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 3rd day of July, 2007.

_David Alan Ezra_

DAVID ALAN EZRA
U.S. District Judge